IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TWIN MED, LLC**  PLAINTIFF

v.  Case No. 4:19-cv-00415-KGB

**SKYLINE HEALTHCARE, LLC,** *et al.*  DEFENDANTS

**ORDER**

Before the Court is plaintiff Twin Med, LLC's ("Twin Med") motion to compel responses to interrogatories and requests for production of documents (Dkt. No. 62). Twin Med represents that, as part of jurisdictional discovery, it served interrogatories and requests for production of documents on separate defendant Pro Procurement Services, LLC ("Pro Procurement"), on May 29, 2020 (*Id.*, ¶ 2). Twin Med represents that Pro Procurement did not respond within the time required by the Federal Rules of Civil Procedure (*Id.*, ¶ 3). Twin Med further represents that it has attempted to confer with Pro Procurement's counsel in good faith and that counsel for Pro Procurement did not respond (*Id.*, ¶ 6). Twin Med requests an order compelling Pro Procurement to respond to Twin Med's discovery requests within seven days and ordering that Pro Procurement be required to pay Twin Med's fees incurred in connection with its motion to compel (*Id.*, ¶ 7).

On December 11, 2020, this Court granted Pro Procurement's motion to extend the time to respond to Twin Med's motion to compel (Dkt. No. 68). The Court extended until January 5, 2021, the deadline for Pro Procurement to respond to Twin Med's motion to compel (*Id.*, at 1). Also on December 11, 2020, this Court granted counsel for Pro Procurement's motion to withdraw as counsel for Pro Procurement (Dkt. No. 70). The Court directed Pro Procurement to notify the Court in a written filing indicating how they intend to proceed in this case on or before January 5, 2021 (*Id.*, at 1). To date, Pro Procurement has neither responded to Twin Med's motion to compel

nor complied with the Court's Order directing Pro Procurement to notify the Court how they intend to proceed in this case.

Pursuant to the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, "[t]he failure to timely respond to any nondispositive motion . . . shall be an adequate basis, without more, for granting the relief sought in said motion." Local Rule 7.2(f). Accordingly, the Court grants in part Twin Med's motion to the extent that Twin Med seeks to compel Pro Procurement to respond to Twin Med's interrogatories and requests for production of documents (Dkt. No. 62). Pro Procurement is directed to respond to Twin Med's interrogatories and requests for production of documents within 14 days of entry of this Order. The Court denies in part Twin Med's motion to the extent that Twin Med seeks to require Pro Procurement to pay Twin Med's fees incurred in connection with the motion to compel.

It is so ordered this 30th day of March, 2021.

                                                _____
                                                Kristine G. Baker
                                                United States District Judge