IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| TWIN MED, LLC )<br>)<br>    *Plaintiff*, )<br>)<br>vs. )<br>)<br>SKYLINE HEALTHCARE LLC, *et al.*, )<br>)<br>    *Defendants*. )<br>) | Case No. 4:19-cv-00415-JM |

## MOTION FOR LEAVE TO FILE DEPOSITION TRANSCRIPT OF JOSEPH SCHWARTZ UNDER SEAL

Now come Defendants Joseph Schwartz; Searcy Holdings, LLC d/b/a Searcy Health and Rehab; Lonoke Healthcare Center and Rehabilitation Facility, LLC d/b/a Grand Prairie Care and Rehabilitation; Highlands of Little Rock West Markham, LLC d/b/a Highlands of Little Rock at Midtown Therapy and Living Center; Midtown Therapy and Living Center; Broadway Health Holdings, LLC d/b/a Broadway Health and Rehabilitation; Laurel Brook Healthcare & Rehabilitation Center, LLC; Highlands of Little Rock South Cumberland Holdings, LLC d/b/a Highlands of Little Rock at Cumberland Therapy and Living Center; Highlands of Mountain View SNF Holdings, LLC d/b/a Highlands of Mountain View Therapy and Living Center; Magnolia Health Holdings, LLC d/b/a Magnolia Health and Rehab; White Hall Holdings, LLC d/b/a White Hall Health and Rehab; Linrock Health Care and Rehabilitation Center LLC; Batesville Holdings, LLC d/b/a Batesville Health and Rehab; Heritage of Hot Springs Holdings, LLC d/b/a Heritage of Hot Springs; Mine Creek Holdings, LLC d/b/a Mine Creek Health and Rehab; Jonesboro Holdings, LLC d/b/a Jonesboro Health and Rehab; Highlands of Fort Smith Holdings, LLC d/b/a Highlands of Fort Smith Therapy and Living Center; Highlands of Stamps

Holdings, LLC d/b/a Highlands of Stamps Therapy and Living Center; Highlands of Rogers Dixieland Holdings, LLC d/b/a Highlands of Northwest Arkansas Therapy and Living Center; Creekside Health Holdings, LLC d/b/a Creekside Health and Rehab; Lindley Healthcare and Rehabilitation Center, LLC d/b/a Lindley Healthcare and Rehabilitation Center; and Crown Point Healthcare & Rehabilitation Center, LLC (collectively "Defendants") by and through their undersigned counsel, and respectfully request for this Court to grant them leave to file Defendant Joseph Schwartz's deposition transcript under seal.

While this Court's Order (Doc. No. 147), dated March 18, 2022, compelled Defendant Schwartz to give testimony, via an in-person deposition, it also stated that it was very mindful of the criminal charges currently pending against Defendant Schwartz in the United States District Court for the District of New Jersey (Case No. 2:22-CR-00010SDW) as well as the State of Arkansas (Case No. 60CR-22-861 & Case No. 60CR-22-862 in Clark County Circuit Court). As such, this Court stated it would "seriously consider any motion to seal portions of Schwartz's deposition or trial testimony relating to the criminal charges against him." (Doc. No. 147)

As nearly all of Defendant Schwartz's testimony relates to his involvement in the businesses that are at the core of the criminal charges against him in New Jersey and Arkansas, Defendants respectfully request that this Court grant them leave to file the deposition transcript of Joseph Schwartz under seal in anticipation of their motion for summary judgment which will be filed no later than the Court's deadline of April 22, 2022.

- 3 -

Respectfully submitted,

**ROBERT J. FEDOR, ESQ., LLC**
Robert J. Fedor (OH #0042653)
*Admitted Pro Hac Vice*
23550 Center Ridge Road, Suite 107
Westlake, Ohio 44145
(440) 250-9709
Fax: (440) 250-9714
rjfedor@fedortax.com
*Attorney for Defendants*

**MCDANIEL RICHARDSON & CALHOUN**
Bart Calhoun, Ark. Bar No. 2011221
1020 West Fourth Street, Suite 410
Little Rock, Arkansas 72201
(501) 235-8336
bcalhoun@mrcfirm.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notification of such filing to:

Richard Donovan
Betsy Baker
ROSE LAW FIRM
120 East Fourth Street
Little Rock, Arkansas 72201-2893
*Attorneys for Plaintiff*

Ronald S. Burnett, Jr.
PARKER HURST & BURNETT, PLC
3000 Browns Lane
Jonesboro, Arkansas 72401
*Attorney for Madison Health & Rehab, LLC*

I further certify that Defendant Pro Procurement Services, LLC was served, via U.S. Mail, on April 19, 2022 at the following:

Pro Procurement Services, LLC
1 Lawrence Street
Spring Valley, New York 10977

Pro Procurement Services, LLC
c/o Registered Agent Rabin Gold
40 Vreeland Avenue, Suite 104
Totowa, New Jersey 07512

**ROBERT J. FEDOR, ESQ., LLC**
Robert J. Fedor