IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TWIN MED, LLC**                                                                 **PLAINTIFF**

V.                                  **4:19CV415 JM**

**SKYLINE HEALTHCARE, LLC, et al,**                                **DEFENDANTS**

## JUDGMENT

Judgment is hereby entered in favor of the Plaintiff against the Defendants. Plaintiff is awarded damages in the amount of $5,066,227.24, pre-judgment interest in the amount of $2,447,961.70 (12% interest compounded monthly for 1205 days or 3.30137 years), and attorneys' fees and costs in the amount of $145,167.82 for a total of $7,659,356.76. Interest will accrue on the total amount at the rate of 3.28% per annum until paid.

IT IS SO ORDERED this 18th day of August, 2022.

_____
James M. Moody Jr.
United States District Judge